UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:22-cv-01857-RGK-PVC | Date | July 26, 2022 |
|---|---|---|---|
| Title | *Karen Williams v. First Advantage Background Services Corp.* | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Joseph Remigio | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) Order to Show Cause re: Untimely Service**

On March 21, 2022, Karen Williams ("Plaintiff") filed a Complaint against First Advantage Background Services Corporation ("Defendant"). (ECF No. 1.) Subsequently, Plaintiff filed a proof of service, declaring that she had served Defendant on July 19, 2022. (ECF No. 11.) But Federal Rule of Civil Procedure ("Rule") 4(m) states "[i]f a defendant is not served within 90 days . . . the court . . . *must* dismiss the action without prejudice against that defendant or order that service be made within a specified time," unless the plaintiff shows good cause for failure to serve. Fed. R. Civ. P. 4(m) (emphasis added). Plaintiff's deadline for service was June 21, 2022.[1] Without demonstrating good cause or seeking the Court's permission, Plaintiff served Defendant nearly a month after the service deadline. Accordingly, the Court **ORDERS** Plaintiff to **SHOW CAUSE IN WRITING** why this action should not be dismissed. Plaintiff must respond no later than **August 2, 2022**.

**IT IS SO ORDERED.**

|  | : |
|---|---|
| Initials of Preparer | jre/a |

---

[1] 90 days from March 21, 2022 is June 19, 2022. However, June 19 was a Sunday, and June 20 was a legal holiday. Pursuant to Rule 6(a)(2)(B), Plaintiff's service deadline was thus June 21, 2022.