# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:22-cv-01857-RGK-PVC | Date | July 28, 2022 |
| Title | *Karen Williams v. First Advantage Background Services Corp.* | | |

**JS6**

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | | |
|---|---|---|---|
| Joseph Remigio | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   **(IN CHAMBERS) Order of Dismissal**

The Court issued an Order to Show Cause regarding Plaintiff's untimely service on July 26, 2022. (ECF No. 12.) The Order noted that, despite having filed her Complaint on March 21, 2022—and therefore having a service deadline of June 21, 2022—Plaintiff did not serve Defendant until July 19, 2022. (*See id.*) Because Federal Rule of Civil Procedure ("Rule") 4(m) mandates that a court must dismiss an action for late service unless good cause is shown, the Court's Order asked that Plaintiff explain her late service.

Plaintiff responded that she attempted to serve Defendant for the first time on June 15, 2022—six days prior to her service deadline. (Pl.'s Response to OSC at 1, ECF No. 13.) However, the process server she hired could not successfully serve Defendant. (*Id.*) Plaintiff does not explain why she waited nearly three months to first attempt service, why she did not seek the Court's permission for late service after her process server was unsuccessful, and why she ultimately waited a month after her initial service attempt to serve Defendant.

Accordingly, the Court finds that Plaintiff has not demonstrated good cause for late service. The Court therefore must **DISMISS** the action **without prejudice** pursuant to Rule 4(m).

**IT IS SO ORDERED.**

| | : | |
|---|---|---|
| Initials of Preparer | | jre/a |